IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FERRING INTERNATIONAL CENTER S.A., <br>     *Plaintiff*, <br> v. <br> VECTIVBIO AG., <br>     *Defendant*. | § § § § § § § § § § §    CASE NO. 2:25-CV-01001-RWS-RSP |

## ORDER

Before the Court is Plaintiff's Agreed Motion for Extension of Time to File Answer, Move, or Otherwise Respond to Plaintiff's Complaint, filed on behalf of Defendant. **Dkt. No. 8**. This is the second such motion. *See* Dkt. No. 6. Having considered the Motion, and noting the agreed nature, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that Defendant's deadline to respond to Plaintiff's Complaint, Dkt. No. 1, is extended to January 2, 2026.

**SIGNED this 4th day of December, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE